```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

GEORGE GITAU MUIRURI WATHIGO,     *

    Petitioner,                   *

vs.                               *
                                   CASE NO. 4:13-CV-47-CDL
ERIC HOLDER, JANET NAPOLITANO,    *
FELICIA SKINNER, and STACEY
STONE,                            *

    Respondents.                  *

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 22, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Given that the Report and Recommendation was not able to be delivered to Petitioner because he had left the facility likely having been deported, the Court reviews the Report and Recommendation de novo. The Court finds that the Report and Recommendation of the Magistrate Judge should be and is hereby adopted and made the order of this Court.

IT IS SO ORDERED, this 1st day of August, 2013.

                                                  s/Clay D. Land
                                                  CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE